## ROBBINS, etc. v CAPO, et al.

### Case No. 88-25150 CA 30

Eleventh Judicial Circuit, Dade County

February 24, 1989

### APPEARANCES OF COUNSEL

**Robert A. Ginsburg,** Dade County Attorney and **Daniel A. Weiss,** Assistant County Attorney, for Plaintiff Property Appraiser.

**Sidney Z. Brodie,** Law Offices of Sidney Z. Brodie, for Defendant-taxpayers.

**Joseph C. Mellichamp, III,** Assistant Attorney General, for defendant, Sam D. Alexander, as Acting Director of the State of Florida, Department of Revenue.

### OPINION OF THE COURT

MURRAY GOLDMAN, Circuit Judge.

### *ORDER ON DEFENDANT-TAXPAYERS' MOTION TO STRIKE NOTICE OF LIS PENDENS*

THIS CAUSE came before the Court February 22, 1989 pursuant to notice on the Defendant-taxpayers' Motion to Strike Notice of Lis Pendens, and the Court having reviewed the motion, having heard argument of counsel, and being duly informed concerning the applica-

ble authorities concludes that the *lis pendens* in this statutory proceeding to reinstate the Property Appraiser's preliminary assessment is proper because "the required relief might specifically affect the property in question." *Worldwide Development Kendall Lakes West v Lot Headquarters, Inc.,* 305 So.2d 271, 272 (Fla. 3d DCA 1974); § 48.23(3), Florida Statutes (1985). Accordingly, it is hereby

ORDERED AND ADJUDGED that the Defendant-taxpayers' Motion to Strike Notice of Lis Pendens be and the same is hereby denied.

DONE AND ORDERED in Chambers, at Miami, Dade County, Florida, this 24th day of February, 1989.